UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEERICK THOMAS-ONEAL,<br><br>Defendant. | Case: 1:23-cr-20247<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 04-26-2023 At 01:16 PM<br>INDI USA v. Deerick Thomas-Oneal (krc)<br><br>Violation:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about August 20, 2022, in the Eastern District of Michigan, DEERICK THOMAS-ONEAL, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model 19X, 9mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about February 9, 2023, in the Eastern District of Michigan, DEERICK THOMAS-ONEAL, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model G30, .45 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One of this Indictment, DEERICK THOMAS-ONEAL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a Glock, Model 19X, 9mm caliber, semi-automatic pistol, serial number BRRA860; a Glock, Model G30, .45 caliber, semi-automatic pistol, serial number BXDN903; Glock extended magazine with thirty round capacity; twenty-three rounds of 9mm caliber ammunition; Glock gun box; seventy-seven rounds of .45 caliber ammunition; three .45 caliber magazines with ten round capacity; and one .45 caliber magazine with twenty-two round capacity.

THIS IS A TRUE BILL.

Dated: April 26, 2023

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street, Suite 210
Flint, Michigan 48502-1280
anthony.vance@usdoj.gov
P61148

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/William Orr
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
william.orr@usdoj.gov
Texas Bar No. 24102308

3

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:23-cr-20247
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-26-2023 At 01:16 PM
INDI USA v. Deerick Thomas-Oneal (krc)

**Case Title:** USA v. Deerick Thomas-Oneal

**County where offense occurred:** Saginaw

**Check One:**  X Felony     __ Misdemeanor     Petty

     X   Indictment/___Information --- **no** prior complaint.
     _____Indictment/___Information --- based upon prior complaint []
     _____Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: April 26, 2023

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:  Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.